NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOPHIE M. SCEPANIAK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7047

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1146, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The court treats Sophie M. Scepaniak's correspondence received on June 1, 2010 as a motion for reconsideration of the court's April 23, 2020 order dismissing her appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated, if Scepaniak files her informal brief (form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

SEP 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sophie M. Scepaniak (informal brief form enclosed)
Karen Goff, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SEP 3 0 2010

**JAN HORBALY CLERK**